No. D–2372.  IN RE DISCIPLINE OF SPERY.  Robert Moore Spery, of Salisbury, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2373.  IN RE DISCIPLINE OF WALK.  Timothy James Mathew Walk, of Melbourne, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2374.  IN RE DISCIPLINE OF AYENI.  Shola Rannie Ayeni, of Stafford, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 03M51.  CALHOUN v. FRISCO RAILROAD ET AL.; and
No. 03M52.  HOWARD v. SEAWAY FOOD TOWN, INC., ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02–891.  CENTRAL LABORERS' PENSION FUND v. HEINZ ET AL.  C. A. 7th Cir.  [Certiorari granted, 540 U. S. 1045.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–1684.  YARBOROUGH, WARDEN v. ALVARADO.  C. A. 9th Cir.  [Certiorari granted, 539 U. S. 986.]  Motion of respondent for leave to file a supplemental brief after argument granted.

No. 03–343.  AL ODAH ET AL. v. UNITED STATES ET AL.  C. A. D. C. Cir.  [Certiorari granted, 540 U. S. 1003.]  Motion of Military Attorneys Assigned to Defense in Office of Military Commissions for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 03–7117.  NABELEK v. COURT OF CRIMINAL APPEALS OF TEXAS.  Ct. Crim. App. Tex.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [540 U. S. 1100] denied.